IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ULTRAVISION TECHNOLOGIES, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., | § § § § § § § § § | Case No. 2:20-cv-00053-JRG-RSP |
| GLUX <br><br> *Defendants*. | § § § § § | Case No. 2:18-cv-00099-JRG-RSP <br> LEAD CASE |

## ORDER

On July 17, 2020, counsel for Plaintiff Ultravision Technologies, LLC ("Ultravision") and counsel for Defendant Samsung Electronics Co., Ltd. ("Samsung") spoke with the Court by telephone regarding scheduling concerns. Samsung indicated that they had not had a scheduling conference yet while other defendants in *Ultravision Tech's, LLC v. Holophane Europe Limited*, Case No. 2:19-cv-00291-JRG-RSP, the lead case that the above-captioned matter is currently consolidated with, are about six months further along in the schedule. Samsung requested deconsolidation and Ultravision did not oppose.

The Court therefore **ORDERS** that Case No. 2:20-cv-00053-JRG-RSP be **DECONSOLIDATED** from lead case *Ultravision Tech's, LLC v. Holophane Europe Limited*, Case No. 2:19-cv-00291-JRG-RSP, and be **CONSOLIDATED** with *Ultravision Tech's, LLC v. Glux Visual Effects Tech (Shenzhen) Co.*, Case No. 2:18-cv-00099-JRG-RSP.

**SIGNED this 18th day of July, 2020.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE